FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2019 AUG 29 P 4: 40

CLE... ...
ALEX... ...

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19CR 258 |
| Mark Visconi, | |
| Defendant. | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT between in or about November 23, 2015 and June 10, 2016, the defendant, Mark Visconi, did knowingly receive and attempt to receive one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)), and such depictions being of such conduct.

(All in violation of Title 18 United States Code Sections 2252(a)(2) & (b) and 2256(1) & (2).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date:   August 29, 2019                  By: _____

Whitney D. Russell
Assistant United States Attorney