# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☐ Under Seal

City: Fairfax
County: Fairfax

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.: 1:16-SW-309

Judge Assigned: ELLIS
Criminal No.: 1:19-CR-258
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Mark Visconi
**Alias(es):**
☐ Juvenile  FBI No.:
**Address:** 550 14th Road South, Apartment 305, Arlington, VA 22202
**Employment:**
**Birth Date:** XX/XX/1971
**SSN:** XX-XX-7836
**Sex:** Male
**Race:**
**Nationality:**
**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
☐ Interpreter  **Language/Dialect:**
**Auto Description:**

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  in:
☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody
☐ Arrest Warrant Requested  ☐ Fugitive  ☒ Summons Requested
☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:** James Phillips
☐ Court Appointed
**Counsel Conflicts:**
**Address:** 1887 Whitney Mesa Dr., Henderson, Nevada 89014
☒ Retained
**Phone:** 931-552-5670
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** AUSA Whitney Russell / SAUSA Gwendelynn Bills
**Phone:** (703) 299-3700
**Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Jeff Collins - HSI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | 1 | Felony |
| Set 2: | | | | |

**Date:** August 28, 2019  **AUSA Signature:** [signature]

*may be continued on reverse*