Tania J. Jordet (Visconi)                                                                            19 January 2020
<br>
Colorado Springs, CO 80906
703-859-3598

Hon. T.S. Ellis III, Senior Judge
United States District Court for the Eastern District of Virginia
701 E Broad St
Richmond, VA 23219

**Re: Mark W. Visconi, Letter of Support**

Dear Judge Ellis:

I am Mark Visconi's ex-wife and the mother of his 2 children, Cora Visconi (12) and William Visconi (17). I am writing with the interest of my children in mind. I met Mark while I was in college and he was in pilot training for the United States Air Force (USAF). I was drawn to his intellect and kindness. Over the next few years we dated, married and I was commissioned into the USAF as well. We did not rush into having children, we waited and planned. Deciding that it would be in the best interest of our children I separated from the USAF to stay home and raise them.

This proved to be the best choice in our family. Over the next few years we would lose all of our parents to cancers and heart disease. Had I remained on active duty it would have been difficult to maintain our commitments to our nation, deployment readiness would have been nearly impossible. I sacrificed my career and earning potential to support his distinguished USAF career and raise his children.

Now, due to Mark's poor life choices, I am at a crossroads in my life. I am diligently working to rebuild a career and provide for my children, however, it is difficult with limited work experience to find employment that provides enough for me to make ends meet. The sooner Mark is able to rehabilitate and return to society as a contributing member, the sooner he would be able to provide child support for his children.

Mark, in many ways, taught me the importance of how to treat others. In the mainstream of his life he maintained respect and kindness with every person he met, he was often generous to a fault. His negative actions should not define him, his lifetime should define him. I sincerely hope he is able to receive the mental health care he requires during the course of his incarceration and return to society a better overall person for it.

I humbly request that you consider the current situation of my children when you are deciding Mark Visconi's sentencing.

Sincerely,

*[signature]*

Tania J. Jordet (Visconi)