January 17, 2020

Joan E. Ginsberg
███████████
Naples, FL 34108
239-596-7795

Hon. T.S. Ellis III, Senior Judge
United States District Court for the Eastern District of Virginia
701 E Broad St
Richmond, VA 23219

        Re: Mark W. Visconi, Letter of Support

Your Honor:

I write this letter in support of my nephew Mark W. Visconi, who has pled guilty to one count of receiving child pornography. He is the son of my deceased sister and deceased brother-in-law; I have obviously known him his entire life.

He informed me of the investigation into his behavior three years ago, and his plea agreement soon after it was made. I was saddened and shocked when he first told me the nature of the investigation, and one of my first questions to him was, "who did this to you?" As a former police officer turned lawyer, I am aware that people who abuse are generally those that have been abused themselves. His answer – that his older teenaged sister sexually abused him when he was very young – added to my shock and grief.

The Mark I know is the school student who was always kind to the unpopular kids, and willing to volunteer. He was my oldest daughter's very first baby-sitter, because I trusted his judgment as a teenager. He became interested in the military and airplanes quite young, and decided on that career path, following it through the Air Force Academy, serving with great distinction throughout his military career, evidenced by his numerous honors. I know that he was very highly regarded by his subordinates and superiors, as I have spoken with many of them at various functions.

Although he informed me of his abuse when I questioned, he certainly did not use it to excuse his behavior. He understands his need for professional counseling; he has been prevented from receiving it because of his military status. He has assured me he will seek it out if there is an opportunity to do so after sentencing. I have offered him my home if and whenever he may need it to rebuild his life, as have my daughters. We love and care about him and will provide any assistance requested by him or your court.

I may be reached at my home landline above, by mobile at 248-761-4403, or by email at ginsberg.joan@gmail.com should you need verification or further information.

Sincerely,

*Joan E. Ginsberg*

Joan E. Ginsberg (Aunt)