Dwayne Burgess
█████████
West Bloomfield, MI. 48324
248-978-9262


Hon. T.S. Ellis III, Senior Judge
United States District Court for the Eastern District of Virginia
701 E Broad St
Richmond, VA 23219

    **Re: Mark W. Visconi, Letter of Support**

Dear Judge Ellis:

I am Dwayne Burgess. Mark Visconi and I go way back. Mark and I were classmates/friends since Junior High. To be exact, since 8th grade. So, 35 years total Mark has been my friend. Mark Visconi has always displayed strength, hard work, dedication, respect to friends and his parents especially. Mark may not know this but he has enriched my life till this day.

Back in 9th grade, I told Mark that I wanted to join our school football team. He told me in order to play football you have to prepare. That meant hitting the weight room which ended up being a workout area at his home/basement. We trained a few times every week after school. Besides Mark being a great friend, he now became my fitness trainer. This was all new to me. He pushed me hard during our workouts, especially when the song Lunatic Fringe was played on the radio. Mark displayed hard work, motivation, dedication, consistency, giving it your all and never giving up. Yes, I did make the team, thanks to Mark. But that experience did not end there. Mark Visconi, placed the qualities he has into myself. It's been 35 years and I still workout till this day, 5 days a week. Have never quit. I have a great career in automotive design. I kept that Mark Visconi mentality of staying focused on the prize. In return, I achieved my dream job. Thank You Mark! As I write this letter, I understand the reason behind it.

As I do understand the circumstances regarding Mark Visconi, I am asking the judge for mercy on Mark Visconi's behalf. I want to say despite what has taken place and Mark Visconi will be standing before you. This does not define who Mark Visconi truly is. He is a military veteran who has served our country, which is the ultimate sacrifice. All said and done, I believe Mark still has much to offer this world.

In ending, I want to thank Mark Visconi for being my friend and I will always be there for you if needed. Thank you for you service and giving the ultimate sacrifice.

Sincerely,

*[signature: Dwayne Burgess]*

Dwayne Burgess     1-20-2020