Lila K. Mandziuk  
███████████  
Sterling Heights MI 48310  
586-291-1955

January 17, 2020

Hon. T.S. Ellis III, Senior Judge  
United States District Court for the Eastern District of Virginia  
701 E Broad St  
Richmond, VA 23219

**Re: Mark W. Visconi, Letter of Support**

Dear Judge Ellis:

My name is Lila Mandziuk and I attended Garden City High School with Mark Visconi. We graduated in 1989, so I've known Mark for over 30 years. During high school, Mark and I completed many of the same classes and participated in school activities and clubs together including student council and National Honor Society.

Through those formative high school years, I feel I learned Mark's character. He didn't want to be the best, he wanted to be *his* best. He wanted to succeed and bring everyone with him by helping them find their own success. Graduating in the top 10 was a big deal at our high school and a personal goal I set. I often looked at the other high achievers in my grade as competition, but Mark never saw it like that. He helped many of us through classwork and studying so we could all succeed. He is a gracious leader.

After high school, Mark went to the Air Force Academy and I would see him when he came home for breaks. Once he completed the Academy and started his military career, his visits to Michigan became less. I supported him at both his parents' funerals and saw him when he could make the weddings of mutual friends. During these visits, I observed Mark's growth, focus and dedication to his family and military career.

In October, our class celebrated our 30th high school reunion. Several people asked if anyone heard anything recently from Mark. We all assumed he must be on a classified military mission since no one heard from him. It was just weeks later that the articles surfaced regarding Mark's charges and admission of guilt to viewing child pornography. To say it was a shock is an understatement. I didn't want to believe it, but as I talked with mutual friends, I came to terms that Mark had a problem and would now receive help for it.

I believe any addiction can be overcome, whether drug, alcohol or pornography. However, the only way an addict can change is if he or she wants to change and has the strength to do the required hard work. I would not write this letter if I did not believe that Mark could overcome this addiction, become stronger for it and live a productive, meaningful life. Mark is kind, smart, dedicated and hard-working. I have no doubt he will make the most of this opportunity to recover, change and do right by his family, friends and society.

Thank you for taking the time to read this letter and evaluate all areas of Mark's life as you decide sentencing.

Sincerely,

*Lila K. Mandziuk*  
Lila K. Mandziuk