## AWARDS AND DECORATION INFORMATION

**NAME:** MARK W VISCONI    **RANK:** COL    **SSAN:** ▮▮▮▮▮    **DATE:** 19 DEC 2018

The Air Force Personnel Center files reflect that you are authorized to wear the following awards and decorations. They are listed in order of precedence and displayed as you would wear them on the uniform in accordance with current standards for dress and appearance. There may be unique circumstances (such as prior service in a different branch of the armed forces) which may authorize you additional ribbons and/or devices. For additional information, refer to AFI 36-2803 *The Air Force Awards and Decorations Program*, AFI 36-2903 *Dress and Personal Appearance of Air Force Personnel*, or visit your local military personnel section.

| AWARDS AND DECORATIONS | DEVICES |
|---|---|
| 1. Defense Superior Service Medal | 0 |
| 2. Legion of Merit | 0 |
| 3. Bronze Star | 1 |
| 4. Meritorious Service Medal | 1 |
| 5. Air Medal | 6 |
| 6. Aerial Achievement Medal | 0 |
| 7. Air Force Commendation Medal | 1 |
| 8. Joint Meritorious Unit Award | 1 |
| 9. Meritorious Unit Award | 0 |
| 10. AF Outstanding Unit Award with Valor Device | 5 |
| 11. AF Organizational Excellence Award | 0 |
| 12. Combat Readiness Medal | 0 |
| 13. Air Force Recognition Ribbon | 0 |
| 14. National Defense Service Medal | 1 |
| 15. Armed Forces Expeditionary Medal | 1 |
| 16. Iraq Campaign Medal | 2 |
| 17. Global War On Terrorism Expeditionary Medal | 0 |
| 18. Global War on Terrorism Service Medal | 0 |
| 19. Armed Forces Service Medal | 2 |
| 20. Humanitarian Service Medal | 0 |
| 21. AF Overseas Ribbon Short | 1 |
| 22. AF Overseas Ribbon Long | 2 |
| 23. Air Force Expeditionary Service Ribbon with Gold Border | 2 |
| 24. AF Longevity Service | 5 |
| 25. Small Arms Expert Marksmanship Ribbon (Pistol) | 0 |
| 26. AF Training Ribbon | 0 |





**THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED IAW AFI 33-332 AND DOD REGULATION 5400.11. PRIVACY ACT OF 1974, AS AMENDED, APPLIES.**

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE SECRETARY OF DEFENSE
HAS AWARDED

# THE DEFENSE SUPERIOR SERVICE MEDAL

TO

*Colonel Mark W. Visconi, United States Air Force*

FOR

EXCEPTIONALLY MERITORIOUS SERVICE
FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS  10th  DAY OF  May 2016



*Chairman of the Joint Chiefs of Staff*

SECRETARY OF DEFENSE



# Citation

TO ACCOMPANY THE AWARD OF THE

# Defense Superior Service Medal

TO

*MARK W. VISCONI*

*Colonel Mark W. Visconi, United States Air Force, distinguished himself by exceptionally superior service while serving as Chief, Regional Operations Division, Deputy Directorate for Special Operations and Counterterrorism, Operations Directorate, the Joint Staff, from July 2014 to July 2016. Colonel Visconi assisted the Deputy Director as the principal advisor and subject matter expert to the Chairman of the Joint Chiefs of Staff and Secretary of Defense on all aspects of clandestine, counterterrorism, and sensitive special operations and activities worldwide. Colonel Visconi deftly led Department staffing and interagency coordination for numerous time-sensitive counterterrorism operations, supporting detailed Deputies and Principals Committee policy deliberations and gaining Secretary of Defense and Presidential approval. Additionally, he routinely briefed Members of Congress and key Congressional staff on a range of sensitive military operations, contributing significantly to the Chairman's legislative priorities and Congressional oversight. Furthermore, he managed 10 Focal Point Programs and five Special Access Programs on behalf of the Chairman, encompassing more than 70,000 personnel and enhancing operational security for deployed Special Operations Forces globally. Finally, he frequently represented the Joint Staff in the National Security Council Counterterrorism Security Group, effectively navigating complex interagency dynamics to maintain combatant command freedom of action while substantially contributing to the national security strategic decision making process. The singularly distinctive accomplishments of Colonel Visconi reflect great credit upon himself, the United States Air Force, and the Joint Staff.*

CITATION TO ACCOMPANY THE AWARD OF

THE LEGION OF MERIT

TO

MARK W. VISCONI

Colonel Mark W. Visconi distinguished himself by exceptionally meritorious conduct in the performance of outstanding services to the United States as Commander, 435th Contingency Response Group, 435th Air Ground Operations Wing, Ramstein Air Base, Germany, from 1 July 2012 to 18 July 2014. During this period, Colonel Visconi deftly commanded 480 personnel from 42 separate career fields and superbly managed the operational capabilities of the sole Contingency Response Group in the United States Air Forces in Europe-Air Forces Africa. Additionally, he oversaw the execution of 61 construction projects in 13 countries, covering 16 separate locations, with a total project value in excess of $14 million. He also managed the command's Ground Combat Readiness Training Center, Exercise Silver Flag and 24 specialty courses, critical to pre-deployment preparation of more than 2,000 Airmen annually. His decisive leadership, vision, tenacity, and expeditionary mindset propelled the unit to its highest state of readiness in more than 6 years, while driving operational employment and support vital to both United States European Command and Africa Command areas of responsibility. He steadfastly advocated, coordinated and deployed assets to France, Rwanda and Burundi in support of the International Support Mission to the Central African Republic. His Contingency Response Forces rapidly established enroute command and control, maintenance support, and mobile aerial ports, which safely transported more than 1,000 French and African union soldiers and 1,000 short tons of cargo and equipment critical to United Nations peacekeeping operations. He further institutionalized the building partner capacity mission as a core function of the group and guided the command's only Air Advisor unit to initial operational capability in only 8 months, a full 6 months ahead of schedule. This resulted in the flawless execution of more than 60 Security Cooperation missions with 17 partner nations in support of 3 geographic combatant commanders. Finally, critical to the execution of numerous joint exercises and named operations, his Airmen safely and rapidly deployed to more than 50 countries across Europe, Africa, the Near East and the Pacific. The superior initiative, outstanding leadership, and personal endeavor displayed by Colonel Visconi reflect great credit upon himself and the United States Air Force.






CBS 050916

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 24 AUGUST 1962 HAS AWARDED

## THE BRONZE STAR MEDAL

TO

**MAJOR MARK W. VISCONI**
**UNITED STATES AIR FORCE**

FOR

EXCEPTIONALLY MERITORIOUS SERVICE IN CONNECTION WITH COMBAT OPERATIONS AS ADVISORY SUPPORT TEAM, AIR CELL, COALITION MILITARY ASSISTANCE TRAINING TEAM, WHILE DEPLOYED WITH THE MULTI-NATIONAL SECURITY TRANSITION COMMAND - IRAQ, IN SUPPORT OF OPERATION IRAQI FREEDOM I AND III FROM 7 MARCH 2005 TO, 16 SEPTEMBER 2005. MAJOR VISCONI DISPLAYED EXCEPTIONAL JUDGMENT AND LEADERSHIP QUALITIES BY EFFECTIVELY ASSESSING, INSTRUCTING, EVALUATING, PLANNING, AND PROGRAMMING THE MOST ADVANTAGEOUS DIRECTION FOR THE IRAQI AIR FORCE IN A FAST-PACED COMBAT ENVIRONMENT. PIONEERING THE USE OF LIGHT AIRCRAFT IN COUNTER-INSURGENCY OPERATIONS, HE DEVELOPED THE FUNDAMENTAL TACTICS, TECHNIQUES, AND PROCEDURES, WHICH FORMED THE BASIS OF NUMEROUS IRAQI JOINT MISSIONS. HE SUCCESSFULLY ORGANIZED UNIT FLYING OPERATIONS AND CONTRIBUTED SIGNIFICANTLY TO CRITICAL SURVEILLANCE CAPABILITIES IN THE AREA. HIS SUPERIOR LEADERSHIP WAS A PIVOTAL FACTOR IN ACCELERATING IRAQ'S TRANSITION TO AUTONOMY AND ESSENTIAL TO THE LONG-TERM NATIONAL SECURITY INTERESTS OF THE UNITED STATES. HIS DYNAMIC LEADERSHIP AND NUMEROUS ACHIEVEMENTS CONTRIBUTED SUBSTANTIALLY TO THE MULTI-NATIONAL SECURITY TRANSITION COMMAND-IRAQ MISSION OF DEVELOPING AND SUSTAINING IRAQI SECURITY FORCES. THE SINGULARLY OUTSTANDING ACCOMPLISHMENTS OF MAJOR VISCONI HAVE BEEN IN KEEPING WITH THE HIGHEST TRADITIONS OF MILITARY SERVICE AND REFLECT DISTINCT CREDIT ON HIM AND THE UNITED STATES AIR FORCE.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 11TH DAY OF SEPTEMBER 2005

MARTIN E. DEMPSEY
LIEUTENANT GENERAL, U.S. ARMY
COMMANDING GENERAL
MNSTC - IRAQ

SECRETARY OF THE ARMY

DA FORM 4980-5 (VT), JAN 2000.

Po Sec A 1018:48

CBS

# CITATION TO ACCOMPANY THE AWARD OF

## THE BRONZE STAR MEDAL
### (FIRST OAK LEAF CLUSTER)

### TO

### MARK W. VISCONI

Lieutenant Colonel Mark W. Visconi distinguished himself by meritorious achievement as Commander, 447th Expeditionary Operations Support Squadron, 447th Air Expeditionary Group, 321st Air Expeditionary Wing, while engaged in ground operations against an opposing armed force at Baghdad, Iraq from 30 January 2010 to 5 February 2011. During this period, in support of Operation IRAQI FREEDOM and NEW DAWN, Colonel Visconi decisively commanded 130 Airmen in the execution and support of more than 30,000 airlift, aeromedical evacuation, and surveillance missions essential to the transport of more than 210,000 warfighters. During more than 40 indirect fire attacks, he deftly coordinated base wide responses and directed airfield post attack reconnaissance and recovery efforts, while swiftly guiding intelligence support, critical to the force protection of 1,700 joint warfighters. Assisting the Air Force Office of Special Investigations in a key counterintelligence operation, Colonel Visconi orchestrated the transmission of time sensitive information which resulted in the identification and mitigation of a threat to United States Forces throughout Iraq. As the sole liaison at Sather Air Base to United States Special Operations Forces, he led the group across all functional areas in the operational planning and support of counterterrorism operations at Baghdad International Airport. Responding to an immediate, credible, and significant threat, his tireless leadership and unmatched expertise were instrumental to the security of aviation operations across Iraq and the achievement of United States Forces and Iraqi national objectives. The exemplary leadership, personal endeavor, and devotion to duty displayed by Colonel Visconi in this responsible position reflect great credit upon himself and the United States Air Force.





cmm

'ILPDS UPDATE'

# THE UNITED STATES OF AMERICA
TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

(FIRST OAK LEAF CLUSTER)
TO

LIEUTENANT COLONEL MARK W. VISCONI

FOR

MERITORIOUS SERVICE
16 NOVEMBER 2006 TO 10 JANUARY 2010

### ACCOMPLISHMENTS

Lieutenant Colonel Mark W. Visconi distinguished himself in the performance of outstanding service to the United States culminating as Deputy Director, A5 Security Cooperation Plans and Requirements, Headquarters United States Air Forces Central, Shaw Air Force Base, South Carolina. During this period, Lieutenant Colonel Visconi's efforts as the Commander's Political Advisor resulted in critical updates on regional political-military issues, incisive assessments of potential area flashpoints and a robust senior leader engagement game plan. As A5 Deputy Director, this visionary warrior, superb diplomat and consummate regional authority developed a comprehensive plan to transform Air Forces Central's engagement and exercise programs to focus limited resources toward goals of strengthened military-to-military relationships, assured regional access, enhanced interoperability and increased support for overseas contingency operations. His efforts resulted in improved integrated air and missile defense training, successful aerial refueling qualification for Pakistan Air Force F-16 pilots, a dominant United States Air Force victory in Jordan's Falcon Air Meet and the first-ever deployment of the F-22 to the Central Command Area of Responsibility. The singularly distinctive accomplishments of Lieutenant Colonel Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND
30 DECEMBER 2009

GILMARY M. HOSTAGE III
Lieutenant General, USAF
Commander, USAFCENT

AF FORM 2228, AUG 98          Special Order: GA-185          Condition: 7   PAS: SP1CFD11 RDP: 07DEC2009



Cmm

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

**MAJOR MARK W. VISCONI**

FOR

MERITORIOUS SERVICE
14 JUNE 2004 TO 15 NOVEMBER 2006

### ACCOMPLISHMENTS

Major Mark W. Visconi distinguished himself in the performance of outstanding service to the United States in various assignments culminating as Assistant Operations Officer, MC-130H Lead Program Manager and Instructor Pilot, 58th Training Squadron, 58th Operations Group, 58th Special Operations Wing, Kirtland Air Force Base, New Mexico. During this period, Major Visconi oversaw the 5.6 million-dollar upgrade on the MC-130H simulator which corrected over 80 training deficiencies while saving 1.4 million dollars per year in flying hour costs alone. His exceptional leadership and effective resource management garnered him the Air Education and Training Command's Robert "Dutch" Huyser Award for 2005, the 19th Air Force's Daedalion Exceptional Pilot Award for 2005 and directly contributed to the 58th Training Squadron earning the Air Education and Training Command's Vern Orr Award for 2004. A dynamic speaker and Middle East expert, Major Visconi was a regular guest speaker at the United States Air Force Academy and the Air Force Special Operations Command's schoolhouse. The singularly distinctive accomplishments of Major Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

21 NOVEMBER 2006

*Thomas J. Trask*

THOMAS J. TRASK, Colonel, USAF
Commander, 58th Special Operations Wing



CCF

# DEPARTMENT OF THE AIR FORCE

THIS IS TO CERTIFY THAT

## THE AIR FORCE COMMENDATION MEDAL

(FIRST OAK LEAF CLUSTER)

HAS BEEN AWARDED TO
CAPTAIN MARK W. VISCONI

FOR
MERITORIOUS SERVICE

17 JANUARY 1998 TO 25 JUNE 2001

### ACCOMPLISHMENTS

Captain Mark W. Visconi distinguished himself by meritorious service as MC-130H Instructor Pilot, Executive Officer, Flight Commander, and Chief of Plans and Special Missions, 15th Special Operations Squadron, 16th Special Operations Wing, Hurlburt Field, Florida. During this period, Captain Visconi's skill, professionalism, and dedication to duty were instrumental to his squadron being named 16th Special Operations Wing's "Most Outstanding Squadron of the Year." A top instructor pilot, Captain Visconi consistently displayed outstanding aviation skills while executing over 40 joint and combined missions and exercises involving United States Army, Navy, and international special forces units. As the commander's executive officer, he revitalized the unit's personnel programs for better tracking of officer and enlisted performance reports and energized the awards and decorations program effecting the morale of 145 people. Additionally, Captain Visconi provided exemplary leadership as flight commander for the unit's 17-man Plans Flight, the largest and busiest of eight flights in the squadron. As the squadron's top exercise planner, Captain Visconi was responsible for guiding the $2.5 million exercise training and preparation schedule that guaranteed nothing less than an "Excellent" rating during the 2000 Operational Readiness Inspection. The distinctive accomplishments of Captain Visconi reflect credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

02 JULY 2002

*Frank John Kisner*

FRANK J. KISNER
Colonel, USAF
Commander, 16th Special Operations Wing

AF FORM 2224, JUL 99

CITATION TO ACCOMPANY THE AWARD OF

THE AIR FORCE COMMENDATION MEDAL

TO

MARK W. VISCONI

Captain Mark W. Visconi distinguished himself by meritorious service as C-130E Adverse Weather Aerial Delivery System Pilot, 37th Airlift Squadron, 86th Operations Group, 86th Airlift Wing, Ramstein Air Base, Germany, from 22 June 1995 to 1 July 1997. During this period, Captain Visconi rebuilt the squadron operations center following the unit move from Rhein Main Air Base, Germany. His effective management of operations center procedures and 16 controllers directly contributed to the successful execution of more than 650 critical missions. As pilot flight training officer, he oversaw the transition to Multi-Command Instruction 11-C130, ensuring squadron pilots completed new training requirements. His innovative plan for tracking and scheduling training requirements significantly increased the efficiency of flying training events and aircraft utilization. While serving as mobility officer, he pioneered the development of a new flight recall roster and developed communications outage recall procedures. As the operations officer's assistant he created an Officer Evaluation Reporting system that ensured the squadron met a 100 percent on-time rate for more than 90 reports. In spite of these many additional duties Captain Visconi managed to develop extraordinary flying skills and became known for his outstanding general knowledge which culminated in his selection as 37th Airlift Squadron's Copilot of the Year for 1996. The distinctive accomplishments of Captain Visconi reflect credit upon himself and the United States Air Force.



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT

THE SECRETARY OF THE AIR FORCE

HAS AWARDED

## THE AERIAL ACHIEVEMENT MEDAL

TO

CAPTAIN MARK W. VISCONI

FOR

SUSTAINED MERITORIOUS ACHIEVEMENT

WHILE PARTICIPATING IN AERIAL FLIGHT

Captain Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as MC-130H Instructor Pilot, 15th Special Operations Squadron, 16th Special Operations Wing, Hurlburt Field, Florida, from 19 March 2001 to 30 March 2001. Captain Visconi flew numerous counterdrug sorties, in support of PLAN COLOMBIA, deep in hostile territory surrounded by factions of the Revolutionary Armed Forces of Colombia. These missions, flown during the hours of darkness, due to the impending threat from small arms fire and shoulder-launched surface to air missiles, enabled the 7th Special Forces Group to train Colombian counterdrug battalions in the fight against narcotics. Captain Visconi's efforts were critical to the squadron's mission to infiltrate over 2 million pounds of equipment and special forces personnel into unimproved jungle landing zones. Finally, his support of the United States' $1.3 billion initiative to promote peace, fight illicit drug trade, and protect human rights in Colombia was personally lauded by the United States Ambassador to Colombia, and the Commanders-in-Chief of United States Southern Command and United States Special Operations Command. The professional ability and outstanding aerial accomplishments of Captain Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

21 SEPTEMBER 2001

*Raymond L. Killgore*
RAYMOND L. KILLGORE
Colonel, USAF
Vice Commander, 16th Special Operations Wing

AF FORM 2275, NOV 98

JAN 1 0 2002

DPPB

# CITATION TO ACCOMPANY THE AWARD OF

## THE AIR MEDAL

### TO

### MARK W. VISCONI

First Lieutenant Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as C-130E Adverse Weather Aerial Delivery System Pilot, 37th Airlift Squadron, 86th Operations Group, 86th Airlift Wing, Ramstein Air Base, Germany, from 15 October 1995 to 11 February 1996. During this period, Lieutenant Visconi's exceptional skills played a key role in the success of important tactical airlift and humanitarian resupply missions supporting Operation PROVIDE PROMISE under extremely hazardous and hostile conditions. In addition, Lieutenant Visconi's knowledge coupled with his steadfast devotion to mission accomplishment guaranteed the precise and timely delivery of vital resources supporting the Implementation Force of Operation JOINT ENDEAVOR in uncertain tactical conditions, often in marginal weather. The professional ability and outstanding aerial accomplishments of Lieutenant Visconi reflect great credit upon himself and the United States Air Force.

CITATION TO ACCOMPANY THE AWARD OF

THE AIR MEDAL
(FIRST OAK LEAF CLUSTER)

TO

MARK W. VISCONI

Captain Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as a C-130E Adverse Weather Aerial Delivery System Pilot, 37th Airlift Squadron, 86th Operations Group, 86th Airlift Wing, Ramstein Air Base, Germany, from 17 February 1996 to 2 July 1997. During Operation JOINT ENDEAVOR, Captain Visconi demonstrated exemplary airmanship and unwavering dedication to duty by transporting mission-essential supplies and personnel to the multinational Implementation Force stationed in the former Yugoslavia. During Operation JOINT GUARD, Captain Visconi provided ongoing support to ensure the success of the North Atlantic Treaty Organization Stabilization Forces by efficiently airlifting troops, equipment and other critical resources into the war-torn land of Bosnia-Herzegovina. The professional ability and outstanding aerial accomplishments of Captain Visconi reflect great credit upon himself and the United States Air Force.



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY EXECUTIVE ORDER, MAY 11, 1942
HAS AWARDED

## THE AIR MEDAL
(SECOND OAK LEAF CLUSTER)

TO

MAJOR MARK W. VISCONI

FOR
MERITORIOUS ACHIEVEMENT
WHILE PARTICIPATING IN AERIAL FLIGHT

Major Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as an Advisory Support Team Special Operations Forces Fixed Wing Instructor Pilot, 3rd Squadron and 70th Squadron, Iraqi Air Force, Coalition Military Assistance Training Team, Multi National Security Transition Command Iraq, from 11 March 2005 to 29 March 2005. During this period, Major Visconi deftly commanded multiple light fixed wing aircraft, including the Aerocomp Comp Air 7SL and the Seabird Seeker SB7L-360A, on hazardous day and night low level surveillance, reconnaissance, and counter insurgency missions for the Iraqi Air Force in support of Operation IRAQI FREEDOM. Tasked with the monumental challenge of establishing, training, and developing a new flying squadron in the Iraqi Air Force, he provided all aspects of basic, advanced, and tactical flight instruction to Iraqi aviators, while simultaneously conducting crucial infrastructure surveillance and tactical reconnaissance missions in a high threat environment. Major Visconi skillfully piloted and selflessly employed these light unarmed aircraft with no defensive systems capabilties to secure the extensive Iraqi petroleum infrastructure from insurgent attacks and safeguard vital national resources. The professional ability and outstanding aerial accomplishments of Major Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

3 AUGUST 2006

*Gary L. North*

GARY L. NORTH
Lieutenant General, USAF
Commander, USCENTAF

AF FORM 2232, 20020401



CAA

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY EXECUTIVE ORDER, MAY 11, 1942
HAS AWARDED

## THE AIR MEDAL
(THIRD OAK LEAF CLUSTER)

TO

MAJOR MARK W. VISCONI

FOR
MERITORIOUS ACHIEVEMENT
WHILE PARTICIPATING IN AERIAL FLIGHT

Major Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as an Advisory Support Team Special Operations Forces Fixed Wing Instructor Pilot, 3rd Squadron and 70th Squadron, Iraqi Air Force, Coalition Military Assistance Training Team, Multi National Security Transition Command Iraq, from 29 March 2005 to 12 April 2005. During this period, Major Visconi deftly commanded multiple light fixed wing aircraft, including the Aerocomp Comp Air 7SL and the Seabird Seeker SB7L-360A, on hazardous day and night low level surveillance, reconnaissance, and counter insurgency missions for the Iraqi Air Force in support of Operation IRAQI FREEDOM. Tasked with the monumental challenge of establishing, training, and developing a new flying squadron in the Iraqi Air Force, he provided all aspects of basic, advanced, and tactical flight instruction to Iraqi aviators, while simultaneously conducting crucial infrastructure surveillance and tactical reconnaissance missions in a high threat environment. Major Visconi skillfully piloted and selflessly employed these light unarmed aircraft with no defensive systems capabilities to secure the extensive Iraqi petroleum infrastructure from insurgent attacks and safeguard vital national resources. The professional ability and outstanding aerial accomplishments of Major Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

3 AUGUST 2006

*Gary L. North*

GARY L. NORTH
Lieutenant General, USAF
Commander, USCENTAF

AF FORM 2232, 20020401



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY EXECUTIVE ORDER, MAY 11, 1942
HAS AWARDED

## THE AIR MEDAL
(FOURTH OAK LEAF CLUSTER)

TO

MAJOR MARK W. VISCONI

FOR
MERITORIOUS ACHIEVEMENT
WHILE PARTICIPATING IN AERIAL FLIGHT

Major Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as an Advisory Support Team Special Operations Forces Fixed Wing Instructor Pilot, 3rd Squadron and 70th Squadron, Iraqi Air Force, Coalition Military Assistance Training Team, Multi National Security Transition Command Iraq, from 12 April 2005 to 28 April 2005. During this period, Major Visconi deftly commanded multiple light fixed wing aircraft, including the Aerocomp Comp Air 7SL and the Seabird Seeker SB7L-360A, on hazardous day and night low level surveillance, reconnaissance, and counter insurgency missions for the Iraqi Air Force in support of Operation IRAQI FREEDOM. Tasked with the monumental challenge of establishing, training, and developing a new flying squadron in the Iraqi Air Force, he provided all aspects of basic, advanced, and tactical flight instruction to Iraqi aviators, while simultaneously conducting crucial infrastructure surveillance and tactical reconnaissance missions in a high threat environment. The professional ability and outstanding aerial accomplishments of Major Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

3 AUGUST 2006

*Gary L. North*

**GARY L. NORTH**
Lieutenant General, USAF
Commander, USCENTAF

AF FORM 2232, 20020401



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY EXECUTIVE ORDER, MAY 11, 1942
HAS AWARDED

## THE AIR MEDAL
(FIFTH OAK LEAF CLUSTER)

TO

MAJOR MARK W. VISCONI

FOR
MERITORIOUS ACHIEVEMENT
WHILE PARTICIPATING IN AERIAL FLIGHT

Major Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as an Advisory Support Team Special Operations Forces Fixed Wing Instructor Pilot, 3rd Squadron and 70th Squadron, Iraqi Air Force, Coalition Military Assistance Training Team, Multi National Security Transition Command Iraq, from 29 April 2005 to 21 May 2005. During this period, Major Visconi deftly commanded multiple light fixed wing aircraft, including the Aerocomp Comp Air 7SL and the Seabird Seeker SB7L-360A, on hazardous day and night low level surveillance, reconnaissance, and counter insurgency missions for the Iraqi Air Force in support of Operation IRAQI FREEDOM. Tasked with the monumental challenge of establishing, training, and developing a new flying squadron in the Iraqi Air Force, he provided all aspects of basic, advanced, and tactical flight instruction to Iraqi aviators, while simultaneously conducting crucial infrastructure surveillance and tactical reconnaissance missions in a high threat environment. Major Visconi skillfully piloted and selflessly employed these light unarmed aircraft with no defensive systems capabilities to secure the extensive Iraqi petroleum infrastructure from insurgent attacks and safeguard vital national resources. The professional ability and outstanding aerial accomplishments of Major Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

**3 AUGUST 2006**

*Gary L. North*

**GARY L. NORTH**
Lieutenant General, USAF
Commander, USCENTAF

AF FORM 2232, 20020401



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY EXECUTIVE ORDER, MAY 11, 1942
HAS AWARDED

## THE AIR MEDAL
(SIXTH OAK LEAF CLUSTER)

TO

MAJOR MARK W. VISCONI

FOR
MERITORIOUS ACHIEVEMENT
WHILE PARTICIPATING IN AERIAL FLIGHT



Major Mark W. Visconi distinguished himself by meritorious achievement while participating in sustained aerial flight as an Advisory Support Team Special Operations Forces Fixed Wing Instructor Pilot, 3rd Squadron and 70th Squadron, Iraqi Air Force, Coalition Military Assistance Training Team, Multi National Security Transition Command Iraq, from 22 May 2005 to 21 August 2005. During this period, Major Visconi deftly commanded multiple light fixed wing aircraft, including the Aerocomp Comp Air 7SL and the Seabird Seeker SB7L-360A, on hazardous day and night low level surveillance, reconnaissance, and counter insurgency missions for the Iraqi Air Force in support of Operation IRAQI FREEDOM. Tasked with the monumental challenge of establishing, training, and developing a new flying squadron in the Iraqi Air Force, he provided all aspects of basic, advanced, and tactical flight instruction to Iraqi aviators, while simultaneously conducting crucial infrastructure surveillance and tactical reconnaissance missions in a high threat environment. Major Visconi skillfully piloted and selflessly employed these light unarmed aircraft with no defensive systems capabilities to secure the extensive Iraqi petroleum infrastructure from insurgent attacks and safeguard vital national resources. The professional ability and outstanding aerial accomplishments of Major Visconi reflect great credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND

3 AUGUST 2006

*Gary L. North*

GARY L. NORTH
Lieutenant General, USAF
Commander, USCENTAF

AF FORM 2232, 20020401