Retirements - Retirement Eligibility                                   30-OCT-2018

Required

## Applicable to: Active Duty

### Eligibility

You are eligible to retire when you complete 20 or more years of Total Active Federal Military Service (TAFMS) and, for officers, 10 or more years of Total Active Federal Commissioned Service (TAFCS). You must also complete any active duty service commitments you incurred and not be pending adverse action such as administrative discharge or demotion. See AFI 36-3203, table 2.1 and 2.2 for more information on eligibility restrictions.

You may submit a request for voluntary retirement up to 12 months, but no less than 120 days, before your requested retirement date. Title 5, United States Code §8301 sets the effective date of all non-disability service retirements as the $1_{st}$ day of the month.

Retirement approval lies with the Secretary of the Air Force or designees.

The following table provides the legal authorities for service retirements.

| Rule | If you are a | then authority for retirement is 10 USC Section: |
|---|---|---|
| 1 | Regular or Reserve officer who has at least 20 years TAFMS, including 10 years TAFCS, and meet the time-in-grade requirements shown in AFI 36-3203, table 2.2 and Chapter 7 (see note) | 8911 |
| 2 | Regular officer who has at least 30 years active service as of retirement date | 8918 |
| 3 | Regular or Reserve officer who has at least 40 years active service as of retirement date | 8924 |
| 4 | Regular enlisted member who holds a valid appointment as a Reserve officer and who has active commissioned service as prescribed in rule 1 | 8911 |
| 5 | Regular or Reserve enlisted member who has at least 20 years but less than 30 years active service as of retirement date | 8914 |
| 6 | Regular enlisted member who has at least 30 years active service as of retirement date | 8917 |

Note: Officers with less than 10 years of TAFCS who wish to retire may request to resign their commissioned to retire in enlisted status; however, approval is very RARE. See AFI 36-3203, paragraph 3.5, for more information on this process.

Privacy Act Disclaimer appropriate to the information displayed. "This contains information which must be protected by IAW AFI 33-332 and DoD Regulation 5400.11; Privacy Act of 1974 as Amended Applies, and it is For Official Use Only (FOUO)." It must be protected or privacy act information removed prior to further disclosure.